UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Claribel Fabregas

Case No: 12-34377-BKC-RAM
Chapter: 13

_____Debtor_____ /

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Dilks & Knopik, LLC, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $2,233.80, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of Claribel Fabregas. Applicant further states that:

1. (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach an affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the official bankruptcy form and/or supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Application is the duly authorized representative for the business or corporation listed in the "Notice of deposit of Funds with the U.S Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable

LF-27 (rev. 12/01/09)       Page 1 of 3



records and states that no other application for this claim has been submitted by or at the request of this claimant. **A local form Affidavit of Claimant (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form Affidavit of Claimant (LF-28) are attached and made a part of this application.**

_X_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose



funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitle to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: July 25, 2014

Claribel Fabregas
Name Under which Funds Were Deposited

Debtor Refund
Claim Number

Claribel Fabregas
Name of Party on Whose Behalf
Application was Filed*

Address: 15662 Sw 91st Ln

Miami, FL 33196-1162

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 2118

ID# 74-3049851

Brian J. Dilks, Managing Member
*Print name and title of Applicant

Dilks & Knopik, LLC
Print Company Name

35308 SE Center Street
Print Street Address

Snoqualmie, WA 98065
Print City and State

(425) 836-5728
Telephone (Including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being field

Sworn to and Subscribed before me
On  7/25/2014

NOTARY PUBLIC, AT LARGE
STATE OF WASHINGTON



LF-27 (rev. 12/01/09)          Page 3 of 3


COPY

## PROOF OF SERVICE OF APPLICATION

Notice is hereby given that on <u>July 25, 2014</u> a <u>copy</u> of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties for the Southern District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
R. Alexander Acosta
99 NE 4th Street
Miami, FL 33132

Claribel Fabregas
Debtor
15662 SW 91 Lane
Miami, FL 33196

Furthermore, a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the following parties for the Southern District of Florida by electronic mail at the following email addresses:

Nancy K. Neidich
Case Trustee
www.ch13herkert.com

Richard Siegmeister, Esq.
Debtor's Attorney
rspa111@att.net

Dated: July 25, 2014

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Claribel Fabregas

COPY

## EXPLANATION OF DOCUMENTATION

At the time of the filing of the case, Claribel Fabregas had an address of 15662 SW 91st Ln, Miami, FL 33196-1160. That address is no longer valid. The change of address may have prevented the delivery of the original dividend check.

Pages 1 – 3: Application to Withdraw Unclaimed Funds

Page 4: Proof of Service of Application

Page 5: Explanation of Documentation (This Page)

Page 6: Authority to Act: Limited Power of Attorney

Page 7: Photo Identification for signer of Power of Attorney (Which includes Proof of Address)

Pages 8 - 9: Affidavit of Claimant

Pages 10 - 11: Order for Payment of Unclaimed Funds

This Application contains a total of **11** pages.

Dated: <u>July 25, 2014</u>

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for Claribel Fabregas

COPY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE: Claribel Fabregas

Debtor(s)

Case: 12-34377-BKC-RAM

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Claribel Fabregas** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,233.80** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____ _____, 20 14
Claribel Fabregas    FL DL F162-120-77-941-0    Date 7/17

**Tax ID:** XXX-XX-2118

### ACKNOWLEDGMENT

STATE OF Florida )    COUNTY OF Miami-Dade )

On this 17 day of July, 2014, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Claribel Fabregas known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at 13950 SW 154 Pl Miami, FL 33196

My Commission expires Sep 21, 2016

CESAR R. GAMBOA
Notary Public - State of Florida
My Comm. Expires Sep 21, 2016
Commission # EE 209631
Bonded Through National Notary Assn.

COPY

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Claribel Fabregas

Case No: 12-34377-BKC-RAM
Chapter 13

_____ Debtor _____ /

## AFFIDAVIT OF CLAIMANT

I, Claribel Fabregas,

(XX) the individual debtor in whose name funds were deposited with the court who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____;
or

( ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $2,233.80 deposited in this court in the name of Claribel Fabregas and representing claim number, scheduled.

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

The original disbursement check was not received due to an unknown reason.

LF-28 (rev. 12/01/09)                Page 1 of 2

COPY

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 07-17-2014

x _Claribel [signature]_
Signature of claimant

Claribel Fabregas
Print Name

Claimant
Title

2118
Last four digits of Social Security #

15662 SW 91st Ln # 15662
Miami, FL 33196-1162
Address

(305) 510-5103
Phone number

N/A
Signature of Joint debtor (if applicable)

N/A
Print name

N/A
Last four digits of Social Security # or Tax ID# (EIN#)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
On 07-17-2014.

_[signature]_
NOTARY PUBLIC, AT LARGE
STATE OF Florida

[Notary Seal]
CESAR R. GAMBOA
Notary Public - State of Florida
My Comm. Expires Sep 21, 2016
Commission # EE 029631
Bonded Through National Notary Assn.

LF-28 (rev. 12/01/09)        Page 2 of 2





# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA



RE:                                                            Case: 12-34377-BKC-RAM

Claribel Fabregas                                    **AFFIDAVIT OF ACCOUNT**

Debtor(s)

I, Brian J. Dilks, Attorney in fact for Claribel Fabregas, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am over the age of 18 and competent to provide this affidavit;

2. On July 25, 2014 we submitted an Application to Withdraw Unclaimed Funds on behalf of Claribel Fabregas, Debtor for $2,233.80 to this court.

3. On October 21, 2014, following a request from our client, Claribel Fabregas, for an update on the status of her application, we determined that our application for unclaimed funds, on behalf of Claribel Fabregas, does not appear on the Court Docket.

4. On October 21, 2014, Andrew Drake, Document Specialist at Dilks & Knopik, LLC, spoke with Juana McKiernan, Financial Administrator. Ms. McKiernan informed Mr. Drake that our application does not appear in the court's record, that applications for Unclaimed Funds are not docketed until they have been reviewed for submission to the Judge, and that she is unable to determine if our original application was received.

5. The Original Power of Attorney, allows for "the use of a photocopy of this Limited Power of Attorney in lieu of the original" at Item number 4.

6. The enclosed Application to Withdraw Unclaimed Funds, totaling eleven pages in length and marked "Copy" in the lower right hand corner of each page, is a true and exact copy of the original Application to Withdraw Unclaimed Funds submitted to the Court.

To avoid further delay in the processing of this application, I pray that the court will accept this affidavit and the enclosed, true and exact copy of our Original Application, as our Application to Withdraw Unclaimed Funds in the sum of $2,233.80

Dated __10/22/14__    By: _____
Brian J. Dilks, Attorney in Fact for Claribel Fabregas


STATE OF __Washington__, COUNTY OF __King__
On __10/22/2014__ before me, personally appeared (insert name of the signer)
__Brian J. Dilks__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my had and official seal.

_____
Notary Public

(SEAL)

My commission expires on __8/9/2015__